No. 399. THE PEOPLE *v.* ORTÍZ ET AL.—Appeal from the District Court of Mayagüez. Decided December 4, 1911. Appeal dismissed on motion of appellants. *Mr. José Ramón Freyre* for appellants. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 784. BUXÓ ET AL. *v.* BUXÓ ET AL.—Appeal from the District Court of Humacao. Motion to dismiss the appeal. Decided December 12, 1911. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure, as amended by the Act of March 9, 1911, and rule 40 of the Supreme Court. *Messrs. López Landrón* and *Rincón* for petitioners. *Messrs. Alvarez Nava* and *Domínguez* for respondents.

No. 391. THE PEOPLE *v.* RIVERA.—Appeal from the District Court of San Juan, Section 2. Decided December 7, 1911. Judgment affirmed. *Mr. José L. Pesquera* for appellant. *Mr. Charles E. Foote, fiscal,* for respondent.